280

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. HARRIMAN RIPLEY & CO., Incorporated, Successor By Merger To Cramp Shipbuilding Company, Respondent.

Nos. 10911, 10912.

United States Court of Appeals
Third Circuit.

Argued Feb. 20, 1953.

Decided March 6, 1953.

Hilbert P. Zarky, Washington, D. C. (Charles S. Lyon and H. Brian Holland, Asst. Attys. Gen., Ellis N. Slack, Lee A. Jackson and Hilbert P. Zarky, Sp. Assts. to Atty. Gen., on the brief), for petitioner.

Thomas Reath, Philadelphia, Pa. (Calvin H. Rankin, Frederick E. S. Morrison and Drinker, Biddle & Reath, Philadelphia, Pa., on the brief), for respondent.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The Tax Court has allowed respondent, a taxpayer, certain amortization deductions claimed to be authorized by a closing agreement. Under the facts as stipulated the Tax Court, 17 T.C. 516, has properly construed and applied the closing agreement. The decisions will be affirmed.

Stanley WATLACK, Appellant, v. NORTH ATLANTIC & GULF STEAMSHIP COMPANY, Inc.

No. 10919.

United States Court of Appeals
Third Circuit.

Argued Feb. 19, 1953.

Decided March 6, 1953.

Herman Moskowitz, Philadelphia, Pa., for appellant.

Robert Cox, Philadelphia, Pa. (Thomas E. Byrne, Jr. and Krusen, Evans & Shaw, Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The order of the District Court will be affirmed upon the opinion of Judge Clary, 107 F.Supp. 162. We need add nothing to what has been so well stated in his analysis of the evidence and the applicable law.